1062

[No. 41666-9-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP ALAN GRAESSER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01041-8, Linda Lau, J., entered November 5, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41723-1-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JAMES DELMARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01899-1, Linda C. Krese and Joseph A. Thibodeau, JJ., entered September 30 and November 19, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41725-8-I.    Division One.    January 19, 1999.]

DEBRA RUSNAK, *Appellant*, v. ANDRAS KALIT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-05584-9, Paul D. Hansen, J., entered November 26, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41768-1-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. M.E.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04411-3, Charles V. Johnson, J., entered October 2, 1997. *Reversed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Becker, J.